IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.     1:25-MJ-225 (DJS) |
| | ) | |
| **v.** | ) | Stipulation and Order |
| | ) | for Enlargement of Time |
| **SHANE DALEY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## STIPULATION

The United States of America, by and through its counsel of record, the Acting United States Attorney for the Northern District of New York, and the defendant, Shane Daley, by and through counsel, Samuel C. Breslin, hereby agree and stipulate that the time within which an indictment must be filed under Title 18, United States Code, Section 3161(b), be enlarged to and including 30 days from the date of the signing of this Order and that such time be excluded, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b).

1)      The chronology of this case is as follows:

a)      Date of complaint:  August 8, 2025

b)      Date of initial appearance:  August 13, 2025

c)      Defendant custody status: Released with conditions

d)      Date United States moved for detention:  August 14, 2025

e)      Date of initial detention hearing:  August 14, 2025

f)      Earlier enlargements of time and exclusions under the Speedy Trial Act:

g)      From August 27, 2025 through November 25, 2025.  Dkt. # 22.

2)      The defendant requests this exclusion based on the following facts and circumstances: The defendant was charged by complaint with one count of cyberstalking, in violation of 18 U.S.C. § 2261A(2)(B). The government has produced informal discovery materials to the defense. The defense needs additional time to review these materials, further investigate the case, and explore plea negotiations, taking into account the exercise of due diligence.

3)      The parties stipulate and agree that the ends of justice served by granting this extension outweigh the best interest of the public and the defendant in a speedy indictment and trial because the defense needs time to review discovery materials, further investigate the case, and explore plea negotiations, and attempt to complete in-patient treatment, taking into account the exercise of due diligence.

4)      The parties stipulate and agree that a period of 30 days, from the date of the signing of this Order, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B) (h)(7)(B).

The undersigned attorneys affirm under penalty of perjury the accuracy of the facts set forth above and apply for and consent to the proposed order set forth below.

Dated: November 25, 2025

JOHN A. SARCONE III
Acting United States Attorney


By:    */s/ Joshua R. Rosenthal*

Joshua R. Rosenthal
Assistant United States Attorney
Bar Roll No. 700730

Dominic A. Gentile
Special Assistant United States Attorney


*/s/ Samuel C. Breslin*

Samuel C. Breslin
Attorney for Shane Daley
Bar Roll No. 516022

3

## **ORDER**

A.      The Court adopts the stipulated facts set out above as findings and hereby incorporates them into this Order;

B.      The Court has considered its obligation under 18 U.S.C. § 3161(h)(7)(A) to determine whether an extension of time within which the government must file an indictment serves the ends of justice in a manner that outweighs both the public interest and the defendant's rights.  The Court finds that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy indictment and trial because the defense needs time to review discovery materials, further investigate the case, and explore plea negotiations, taking into account the exercise of due diligence.

        BASED ON THE  STIPULATED FACTS AND THE COURT'S RELATED FINDINGS, IT IS HEREBY ORDERED that the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), be enlarged to and including 30 days from the date of this Order, and that time be excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(A), from the computation of the time within which an indictment must be filed under the provisions of Title 18, United States Code, Section 3161(b), because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial for the reasons stipulated above.

IT IS SO ORDERED.

Dated and entered this _____ day of _____, 2025.

_____

Hon. Daniel J. Stewart
United States Magistrate Judge
